partment. January 15, 1915.) Proceeding by the People of the State of New York, on the relation of Ernest F. Buckland, against Rhinelander Waldo, as Commissioner. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. CATALANO v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Proceeding by the People of the State of New York, on the relation of Quirino A. Catalano, against the Board of Education. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PEOPLE ex rel. COLLER v. MITCHEL, Mayor. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Proceeding by the People of the State of New York, on the relation of Herman Coller, against John P. Mitchel, as Mayor, etc. No opinion. Motion to dismiss writ granted, with $10 costs. Order filed.

PEOPLE ex rel. DUNN v. WOODS, Police Com'r. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Proceeding by the People of the State of New York, on the relation of Robert P. Dunn, against Arthur W. Woods, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ of certiorari dismissed, with $50 costs and disbursements.

PEOPLE ex rel. ELLIS, Respondent, v. SMITH et al., Town Assessors, Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Proceeding by the People of the State of New York, on the relation of Arnold H. Ellis, against E. Lyman Smith and others, as Assessors of the Town of Willsboro, Essex County, N. Y. No opinion. Order affirmed, wih $10 costs and disbursements. See, also, 162 App. Div. 920, 146 N. Y. Supp. 1107.

PEOPLE ex rel. GELLER, Appellant, v. WALDO, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Proceeding by the People of the State of New York, on the relation of Samuel Geller, against Rhinelander Waldo, as Commissioner. E. J. Dryer, of New York City, for appellant. J. F. O'Brien, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. GLENS FALLS INS CO., Respondent, v. HOWE et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Proceeding by the People of the State of New York, on the relation of the Glens Falls Insurance Company, against Delbert S. Howe and another, as Assessors of the City of Glens Falls. No opinion. Order unanimously affirmed, with costs.

PEOPLE ex rel. GRAUPE, Appellant, v. LAUFFER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Proceeding by the People of the State of New York, on the relation of Joseph H. Graupe, against Erhardt Lauffer.

PER CURIAM. Order affirmed, without costs.

FOOTE and MERRELL, JJ., dissent.

PEOPLE ex rel. HEUMAN v. BINGHAM. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Proceeding by the People of the State of New York, on the relation of John Heuman, against Theodore A. Bingham, as Commissioner. No opinion. Motion to dismiss writ granted, without costs. Order filed.

PEOPLE ex rel. HOLSTEN, Appellant, v. WOODS, Respondent. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Proceeding by the People of the State of New York, on the relation of Edward L. Holsten, against Arthur Woods, as Commissioner. A. J. Talley, of New York City, for appellant. J. F. O'Brien, of New York City, for respondent. No opinion. Order affirmed with $10 costs and disbursements. Order filed.

PEOPLE ex rel. KENNEDY v. CALKINS. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Proceeding by the People of the State of New York, upon the relation of T. Francis Kennedy, against James S. Calkins. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 149 N. Y. Supp. 1104.

PEOPLE ex rel. McCANN v. ROBINSON. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Proceeding by the People of the State of New York, on the relation of George F. McCann, against Herman Robinson, as Commissioner, etc. No opinion. Motion to dismiss writ granted with $10 costs. Order filed.

PEOPLE ex rel. McQUADE v. WALDO, Police Com'r. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Proceeding by the People of the State of New York, on the relation of Harry McQuade, against Rhinelander Waldo, as Police Commissioner, etc. No opinion. Motion to dismiss writ granted without costs. Order filed.

PEOPLE ex rel. MARA v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Proceeding by the People of New York on the relation of John J. Mara, against Rhinelander Waldo, as Police Commissioner, etc. No opinion. Motion granted. See, also, 150 N. Y. Supp. 985; 151 N. Y. Supp. 1138.

PEOPLE ex rel. MARA v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. February 11, 1915.) Proceeding by the People of the State of New York, on the relation of John J. Mara, against

Rhinelander Waldo, as Police Commissioner, etc.

PER CURIAM. The motion was granted as to the determination upon the facts, but not to change the statement as to Mr. Justice Carr. See Warn v. N. Y. C. & H. R. R. Co., 163 N. Y. 525, 57 N. E. 742; Wangner v. Grimm, 169 N. Y. 421, 427, 62 N. E. 569. See, also, 151 N. Y. Supp. 1138.

PEOPLE ex rel. MULDOON, Relator, v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Proceeding by the People of the State of New York, on the relation of Anthony F. Muldoon, against Rhinelander Waldo, as Police Commissioner of the City of New York.

PER CURIAM. Determination annulled, and writ sustained, with $50 costs and disbursements. There is no evidence of any neglect of duty.

BURR and THOMAS, JJ., vote to confirm.

PEOPLE ex rel. NOBLE v. ROMSEN et al., Board of Water Com'rs, Respondents. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Proceeding by the People of the State of New York, on the relation of Franklin P. Noble, against John F. Romsen and others, constituting the Board of Water Commissioners of the Roslyn Water District, etc.

PER CURIAM. · Motions in so far as they seek a reargument denied. Motions in so far as they seek leave to appeal to the Court of Appeals denied. Motions to resettle granted, and orders amended, so that it shall appear that the decisions were as a matter of law, and not as a matter of discretion. Settle order on notice before Mr. Justice RICH.

PEOPLE ex rel. O'FARRELL v. WALDO, Police Com'r. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Proceeding by the People of the State of New York, on the relation of Valerian J. O'Farrell, against Rhinelander Waldo, as Police Commissioner, etc. No opinion. Motion to dismiss writ granted, with $10 costs. Order filed.

PEOPLE ex rel. PAIGE, Relator, v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Proceeding by the People of the State of New York, on the relation of George F. Paige, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ dismissed, with $50 costs and disbursements.

PEOPLE ex rel. RILEY, Respondent, v. STEERS, Borough President, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Proceeding by the People of the State of New York, on the relation of George Riley, against Alfred E. Steers, as President of the Borough of Brooklyn. No opinion. Orders affirmed, with costs.

PEOPLE ex rel. RODRIGUES v. WOODS. (Supreme Court, Appellate Division, First Department. January 15, 1915.)· Proceeding by the People of the State of New York, on the relation of Jas. E. C. Rodrigues, against Arthur Woods, as Commissioner. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. RUDD, Appellant, v. CROPSEY, Dist. Atty., Respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Proceeding by the People of the State of New York, on the relation of Stephen A. Rudd, against James C. Cropsey, as District Attorney of the County of Kings.

PER CURIAM. Final order affirmed, with $10 costs and disbursements. See, also, 163 App. Div. 910, 147 N. Y. Supp. 1135.

CARR, J., not voting.

PEOPLE ex rel. TAYLOR v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. December 31, 1914.) Proceeding by the People of the State of New York, on the relation of John M. Taylor, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ dismissed, with $50 costs and disbursements.

PEOPLE ex rel. WHITE, Respondent, v. PRENDERGAST, Comptroller, et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Proceeding by the People of the State of New York, on the relation of Charles F. White, against William A. Prendergast, as Comptroller, etc., and another. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex·rel. WINTERS v. EATON et al. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Proceeding by the People of the State of New York, on the relation of Bryan L. Winters, against Edward W. Eaton and others, individually and as members of the Board of Supervisors in and for the County of Tioga, and Fred G. Horton, Clerk of said Board of Supervisors. No opinion. Motion denied, on the ground that the court has no jurisdiction to grant the writ asked for.

PEOPLE'S NAT. BANK OF BROOKLYN, IN NEW YORK, Respondent, v. MANNESCHMIDT, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by the People's National Bank of Brooklyn, in New York, against Lucia H. Manneschmidt and Jacob ·Manneschmidt, Jr. No opinion. Judgment affirmed, with costs.

In re PEOPLE'S TRUST CO. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Appeal from Surrogate's